UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

PATRICIA FAJARDO GUEVARA

CRIMINAL ACTION

NO. 10-151-BAJ-SCR

## RULING

The Court, having carefully considered the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated April 19, 2012 (doc. 74), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, Defendant's Motion for Leave to Proceed In Forma Pauperis, Limited to Costs Associated With Production of Transcripts, Interpreter Services, and Filing Fees is **HEREBY DENIED**, without prejudice to the defendant filing another motion which complies with Rule 24(a)(1), and with 18 U.S.C. § 3006A(e) insofar as the defendant seeks interpreter services.

Baton Rouge, Louisiana, July 2, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA